UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                 Case No.: 18-12312

HARESH MIRCHANDANI             Chapter: 13

                                                          Judge: Christine M. Gravelle

## NOTICE OF PROPOSED PRIVATE SALE

Haresh Mirchandani, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:    Clerk, Bankruptcy Court
                              District of New Jersey
                              402 East State Street
                              Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on May 7, 2018 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 3, Trenton, New Jersey. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 17 New Dover Road, East Brunswick, NJ 08816

Proposed Purchaser: Evrikh & Marta Ashurov

Sale price: 750,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Pittenger Realty/Absolute Homes Realty/ William H. Oliver, Jr.
Amount to be paid: 3% of Sale Price/3% of Sale Price/Amount as will appear in HUD
Services rendered: Real Estate Broker/ Real Estate Broker/Attorney for Seller

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: William H. Oliver, Jr., Esq

Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.: 732-988-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-12312-CMG
Haresh Mirchandani                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Mar 22, 2018
                              Form ID: pdf905          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.
```
db            +Haresh Mirchandani,    7 Nerw Dover Road,    East Brunswick, NJ 08816-2746
op            +William H. Oliver, Jr.,    2240 State Highway 33,    Suite 112,    PO Box 667,
                Neptune, NJ 07754-0667
517318613      Bayview Loan Servicing, LLC,    PO Box 650091,    Dallas, TX 75265-0091
517346595     +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
517318615     +Foreclosure Processing Services,    Superior Court Clerk s Office,
                25 W. Market Street, 6th Floor, North Wi,    Trenton, NJ 08611-2148
517318619     +KML Law Group, P.C.,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
517318620     +Middlesex County Court Special Civil,    PO Box 1146,    New Brunswick, NJ 08903-1146
517318621     +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
517318622      PenFed Credit Union,    P.O. Box 255483,    Sacramento, CA 95865-5483
517318623     +The Bank of New York Mellon,    200 Park Ave #54,    New York, NY 10166-5600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 22 2018 21:21:38      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 22 2018 21:21:38      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517318614     +E-mail/PDF: pa_dc_ed@navient.com Mar 22 2018 21:19:47      Dept Of Ed/navient,    Po Box 9635,
                Wilkes Barre, PA 18773-9635
517318617      E-mail/Text: cio.bncmail@irs.gov Mar 22 2018 21:21:30      Internal Revenue Service,
                44 South Clinton Ave,    Trenton, NJ 08601
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517318618*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Services,    P.O. Box 9052,
                Andover, MA 01810-9052)
517318616*    +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-OA12) rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Other Prof. William H. Oliver, Jr. bkwoliver@aol.com,
               R59915@notify.bestcase.com
              Yakov Rudikh    on behalf of Debtor Haresh  Mirchandani yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                              TOTAL: 5
```