UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ  07753

**Order Filed on April 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

HARESH MIRCHANDANI
                Debtor

Case No.:   18-12312

Judge:   CMG

Chapter:   13

Recommended Local Form:   ☑ Followed    ☐ Modified

# ORDER AUTHORIZING RETENTION OF William H. Oliver, Jr., Esq.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: April 2, 2018**

*Honorable Christine M. Gravelle
United States Bankruptcy Judge*

In re: Haresh Mirchandani

Case No.: 18-12312

Applicant: Haresh Mirchandani

(check all that apply)
- ☐ Trustee: ☐ Chap. 7  ☐ Chap. 11  ☐ Chap. 13.
- ☑ Debtor: ☐ Chap. 11  ☑ Chap. 13
- ☐ Official Committee of _____

Name of Professional: William H. Oliver, Jr., Esq.

Address of Professional: 2240 Highway 33, Suite 112

Neptune, NJ 07753

- ☑ Attorney for (check all that apply):
  - ☐ Trustee  ☐ Debtor-in-Possession
  - ☐ Official Committee of  Sale of Real Estate
- ☐ Accountant for:
  - ☐ Trustee  ☐ Debtor-in-Possession
  - ☐ Official Committee of _____
- ☐ Other Professional:
  - ☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer
  - ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*