UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr.
2240 Route 33, Ste. 112
Neptune, NJ 07753
732-988-1500
Attorney for Seller (Debtor)

**Order Filed on June 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

HARESH MIRCHANDANI

| | |
|---|---|
| Case Number: | 18-12312 |
| Hearing Date: | 6-6-18 @ 9am |
| Judge: | CMG |
| Chapter: | 13 |

Recommended Local Form:  ☒ Followed    ☐ Modified

**ORDER TO AVOID LIEN(S) IN A CHAPTER 13 CASE
PURSUANT TO 11 U.S.C. § 522(f)**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 8, 2018**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as _____17 New Dover Road, E. Brunswick, NJ 08816_____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1.    Bank of America, NA ; Docket No.  J-127821-2008_____

2.    Discover Bank ; Docket No.  DJ-292084-2010_____

3.    _____

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*Rev. 7/1/04; jml*