Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−12312−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Haresh Mirchandani
  7 Nerw Dover Road
  East Brunswick, NJ 08816

Social Security No.:
  xxx−xx−3205

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/10/18.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 10, 2018
JAN: bwj

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-12312-CMG
Haresh Mirchandani                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2           Date Rcvd: Sep 10, 2018
                             Form ID: 148             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.
```
db         +Haresh Mirchandani,    7 Nerw Dover Road,    East Brunswick, NJ 08816-2746
r          +Absolute Homes Realty,    50A Rt 9 North,    Suite 205,    Morganville, NJ 07751-1526
r          +Pittenger Realty,    2240 Highway 33,    Neptune, NJ 07753-6121
op         +William H. Oliver, Jr.,    2240 State Highway 33,    Suite 112,    PO Box 667,
             Neptune, NJ 07754-0667
517318613   Bayview Loan Servicing, LLC,    PO Box 650091,    Dallas, TX 75265-0091
517346595  +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
517318615  +Foreclosure Processing Services,    Superior Court Clerk s Office,
             25 W. Market Street, 6th Floor, North Wi,    Trenton, NJ 08611-2148
517318619  +KML Law Group, P.C.,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
517318620  +Middlesex County Court Special Civil,    PO Box 1146,    New Brunswick, NJ 08903-1146
517318621  +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
517318622   PenFed Credit Union,    P.O. Box 255483,    Sacramento, CA 95865-5483
517318623  +The Bank of New York Mellon,    200 Park Ave #54,    New York, NY 10166-5600
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2018 23:35:53     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2018 23:35:50     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517318614  +EDI: NAVIENTFKASMDOE.COM Sep 11 2018 03:10:00     Dept Of Ed/navient,   Po Box 9635,
             Wilkes Barre, PA 18773-9635
517318617   EDI: IRS.COM Sep 11 2018 03:09:00     Internal Revenue Service,   44 South Clinton Ave,
             Trenton, NJ 08601
517455495   EDI: NAVIENTFKASMSERV.COM Sep 11 2018 03:08:00     Navient Solutions, LLC. on behalf of,
             Department of Education Loan Services,    PO BOX 9635,   Wilkes-Barre, PA 18773-9635
517456032   EDI: PRA.COM Sep 11 2018 03:08:00     Portfolio Recovery Associates, LLC,
             C/O Capital One Bank (usa), N.A.,    POB 41067,   Norfolk VA 23541
517457125  +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 10 2018 23:36:15
             The Bank of New York Mellon,    c/o Bayview Loan Servicing, LLC,
             4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
                                                                                              TOTAL: 7
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517318618*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Services,   P.O. Box 9052,
                 Andover, MA 01810-9052)
517318616*    +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-OA12) cwohlrab@logs.com,   njbankruptcynotifications@logs.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Sep 10, 2018
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-OA12) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-OA12) rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William H. Oliver, Jr.    on behalf of Other Prof. William H. Oliver, Jr. bkwoliver@aol.com, R59915@notify.bestcase.com
        Yakov  Rudikh    on behalf of Debtor Haresh  Mirchandani yrudikh@gmail.com, rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                                                                                                                                                                                                         TOTAL: 8